David J. Lender (pending *pro hac vice*)
Eric S. Hochstadt (pending *pro hac vice*)
Kristen M. Echemendia (pending *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
david.lender@weil.com
eric.hochstadt@weil.com
kristen.echemendia@weil.com

Christopher J. Cox (Bar No. 151650)
chris.cox@weil.com
Liani Kotcher (Bar No. 277282)
liani.kotcher@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants StubHub, Inc.
and The Phillies, L.P.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VISION

| | |
|---|---|
| JOSEPH FABOZZI, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STUBHUB, INC. and THE PHILLIES, L.P.,<br><br>Defendants. | Case No. 11-cv-4385 EMC (LB)<br><br>**STIPULATED REQUEST TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 15(a) and this stipulation, Defendants StubHub, Inc. and the Phillies, L.P. ("Defendants") hereby request that the Court extend the deadline for Defendants to file a response to plaintiff Joseph Fabozzi's ("Plaintiff") Amended Class Action Complaint to October 28, 2011, with Plaintiff's opposition to any motions to dismiss due December 2, 2011 and Defendants' reply due December 16, 2011. Plaintiff stipulates to this request.

1. WHEREAS on September 1, 2011, Plaintiff filed an Amended Class Action Complaint.

2. WHEREAS the current deadline for StubHub to submit a response to Plaintiff's Amended Class Action Complaint is October 7, 2011. *See* Fed. R. Civ. P. 15(a)(3).

3. WHEREAS the Phillies have not been served with the Amended Class Action Complaint, and, therefore, the Phillies time to respond has not started. *See id.* As a condition of this stipulation, counsel will accept service for the Phillies.

4. WHEREAS a stipulation would allow both Defendants' motions to dismiss to proceed on the same schedule.

5. Defendants request that the deadline for them to file their answer or a motion to dismiss the Amended Class Action Complaint be rescheduled to October 28, 2011. Plaintiff stipulates to this request.

6. Plaintiff requests that the deadline for him to file an opposition to any motion to dismiss be rescheduled to December 2, 2011. Defendants stipulate to this request.

7. Defendants request that the deadline for them to file a reply to any opposition to their motion to dismiss be rescheduled to December 16, 2011. Plaintiff stipulates to this request.

Counsel for Defendants attest under penalty of perjury that counsel for Plaintiff concurs in the filing of this stipulated request.

DATED: October 5, 2011

| JOSEPH FABOZZI | STUBHUB, INC. AND THE PHILLIES, L.P. |
|---|---|
| By: /s/Randall S. Newman<br>RANDALL S. NEWMAN, P.C.<br>Randall S. Newman (Cal. Bar No. 190547)<br>37 Wall Street, Penthouse D<br>New York, NY 10005<br>Telephone: (212) 797-3737<br>Facsimile: (212) 797-3172<br>rsn@randallnewman.net<br><br>*Attorneys for Plaintiff* | By: /s/ Christopher J. Cox<br>WEIL GOTSHAL & MANGES LLP<br>David J. Lender<br>(pending *pro hac vice*)<br>Eric S. Hochstadt<br>(pending *pro hac vice*)<br>Kristen M. Echemendia<br>(pending *pro hac vice*)<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>david.lender@weil.com<br>eric.hochstadt@weil.com<br>kristen.echemendia@weil.com<br><br>Christopher J. Cox (Bar No. 151650)<br>chris.cox@weil.com<br>Liani Kotcher (Bar No. 277282)<br>liani.kotcher@weil.com<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br><br>*Attorneys for Defendants StubHub, Inc. and The Phillies, L.P.* |

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 24, 2011

_____
Hon. Edward M. Chen
United States District Judge