Gary A. Nye, Esq. (Cal. Bar No. 126104)
David R. Ginsburg, Esq. (Cal. Bar No. 210900)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone: (818) 992-9999
Facsimile:  (818) 992-9991
Email:  gan@rpnalaw.com; drg@rpnalaw.com

Attorneys for Defendants
GONZALES & GONZALES BONDS AND
INSURANCE AGENCY, INC. and
AMERICAN SURETY COMPANY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>GONZALES & GONZALES BONDS AND<br>INSURANCE AGENCY, INC. and<br>AMERICAN SURETY COMPANY, INC.,<br><br>                    Defendants. | **Case No.  C 11-04794 EMC**<br><br>**[Assigned to the**<br>**Honorable Edward M. Chen]**<br><br>**STIPULATION TO ENLARGE TIME FOR**<br>**FILING G&G/ASC'S RESPONSE TO**<br>**GOVERNMENT'S COMPLAINT;**<br><br>**[PROPOSED] ORDER** |

1

Pursuant to Civil L.R. 6-1(a), Defendants Gonzales & Gonzales Bonds and Insurance Agency, Inc. and American Surety Company, Inc. ("G&G/ASC"), on the one hand, and Plaintiff United States of America ("United States"), on the other hand, by and through their respective counsel of record, bring this administrative motion by stipulation, and stipulate and agree as follows:

1.     On September 27, 2011, the United States filed its complaint, dkt. 1.

2.     On October 3, 2011, the case was reassigned to the Honorable Edward M. Chen, dkt. 7.

3.     On October 13, 2011, the case was ordered related to Case No. C09-4029 EMC (*United States of America vs. Gonzales & Gonzales Bonds and Insurance Agency, Inc. and American Surety Company, Inc.*), dkt. 8.

4.     In Case No. C09-4029 EMC, the Court entered an Order on November 22, 2011, pursuant to stipulation of the parties, to enlarge the time for the United States to respond to G&G/ASC's first amended counterclaim to December 30, 2011.

5.     Per FED. R. CIV. P. 12(a)(1)(A)(ii), G&G/ASC has until December 6, 2011, to file a response to the United States' complaint in the instant case.

6.     The parties stipulate to enlarge the time for G&G/ASC to respond to the United States' complaint to December 30, 2011.

IT IS SO STIPULATED.

Dated: December 1, 2011

TONY WEST                                        ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
Assistant Attorney General
MELINDA HAAG
United States Attorney

/s/ John  J. Siemietkowski                        /s/ Gary A. Nye
J. CHRISTOPHER KOHN                      GARY A. NYE
RUTH A. HARVEY                                 DAVID R. GINSBURG
E. KATHLEEN SHAHAN                        Attorneys for Defendants
(D.C. Bar No. 267872)                            GONZALES & GONZALES BONDS AND

Stipulation to Enlarge Time for Filing                                        C 11-04794 EMC
G&G/ASC's Response to Government's Complaint

JOHN J. SIEMIETKOWSKI
(PA Bar. No. 50346)
FRANCES M. MCLAUGHLIN
(FL Bar No. 0256640)
Trial Attorneys
Civil Division, Commercial Litigation
Branch
P.O. Box 875, Ben Franklin Station
Washington, DC  20044-0875
Tel:  202- 514-3368
Fax:  202-514-9163
John.Siemietkowski@usdoj.gov

Attorneys for the United States of
America

INSURANCE AGENCY, INC. and AMERICAN
SURETY COMPANY, INC.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

Stipulation to Enlarge Time for Filing
G&G/ASC's Response to Government's Complaint

C 11-04794 EMC