RANDALL S. NEWMAN, P.C.
Randall S. Newman (Cal. Bar No. 190547)
37 Wall Street, Penthouse D
New York, NY 10005
Telephone: (212) 797-3737
Facsimile: (212) 797-3172
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Joseph Fabozzi*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH FABOZZI, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STUBHUB, INC. and THE PHILLIES, L.P.,<br><br>Defendants. | Case No. 11-cv-4385 (EMC)<br><br>**STIPULATED REQUEST TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND FOR DEFENDANTS TO FILE REPLY** |

Pursuant to this stipulation, the Plaintiff hereby requests that the Court extend the deadline for the Plaintiff to file his Opposition to the Defendants' Motion to Dismiss to December 9, 2011 with the Defendants' reply due on or before January 9, 2012. The Defendants stipulate to this request.

1. WHEREAS on September 1, 2011, Plaintiff filed an Amended Class Action Complaint.

2. WHEREAS on October 28, 2011, the Defendants filed a Motion to Dismiss the Plaintiff's Amended Class Action Complaint.

3. WHEREAS the parties agreed that the Plaintiff would file his Opposition to the Plaintiff's Motion to Dismiss on December 2, 2011 and the Defendants would file a reply to any opposition to their motion on December 16, 2011.

4. Plaintiff requests that the deadline for him to file his Opposition to the Plaintiff's Motion be extended until December 9, 2011. The Defendants stipulate to this request.

5. The Defendants request that the deadline for them to file a reply to any opposition to their motion to dismiss be rescheduled to January 9, 2012. Plaintiff stipulates to this request.

Counsel for Plaintiff attests under penalties of perjury that counsel for the Defendants concur in the filing of this stipulated request.

DATED: December 2, 2011

| JOSEPH FABOZZI | STUBHUB, INC. AND THE PHILLIES, L.P. |
|---|---|
| By: _/s/Randall S. Newman_<br>RANDALL S. NEWMAN, P.C.<br>Randall S. Newman (Cal. Bar No. 190547)<br>37 Wall Street, Penthouse D<br>New York, NY 10005<br>Telephone: (212) 797-3737<br>Facsimile: (212) 797-3172<br>rsn@randallnewman.net<br><br>*Attorneys for Plaintiff* | By: _/s/ Liani Kotcher_<br>WEIL GOTSHAL & MANGES LLP<br>David J. Lender<br>(admitted *pro hac vice*)<br>Eric S. Hochstadt<br>(admitted *pro hac vice*)<br>Kristen M. Echemendia<br>(admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>david.lender@weil.com<br>eric.hochstadt@weil.com<br>kristen.echemendia@weil.com<br><br>Christopher J. Cox (Bar No. 151650)<br>Liani Kotcher (Bar No. 277282)<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br>chris.cox@weil.com<br>liani.kotcher@weil.com<br><br>*Attorneys for Defendants StubHub, Inc. and The Phillies, L.P.* |

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: December 5, 2011

_____
Hon. Edward M. Chen
United States District Judge
Northern District of California

*IT IS SO ORDERED*
*Judge Edward M. Chen*