1
2
3
4
5
6
7

RANDALL S. NEWMAN, P.C.
Randall S. Newman (Cal. Bar No. 190547)
37 Wall Street, Penthouse D
New York, NY  10005
Telephone: (212) 797-3737
Facsimile: (212) 797-3172
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Joseph Fabozzi*

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

12
13
14
15
16
17

| | |
|---|---|
| JOSEPH FABOZZI, on behalf of himself and those similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>STUBHUB, INC. and THE PHILLIES, L.P.,<br><br>　　　　　　Defendants. | Case No. 11-cv-4385 (EMC)<br><br>**STIPULATED REQUEST TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND FOR DEFENDANTS TO FILE REPLY** |

18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to this stipulation, the Plaintiff hereby requests that the Court extend the

2    deadline for the Plaintiff to file his Opposition to the Defendants' Motion to Dismiss to December

3    9, 2011 with the Defendants' reply due on or before January 9, 2012.  The Defendants stipulate to

4    this request.

5    1.  WHEREAS on September 1, 2011, Plaintiff filed an Amended Class

6    Action Complaint.

7    2.  WHEREAS on October 28, 2011, the Defendants filed a Motion to

8    Dismiss the Plaintiff's Amended Class Action Complaint.

9    3.  WHEREAS the parties agreed that the Plaintiff would file his Opposition

10   to the Plaintiff's Motion to Dismiss on December 2, 2011 and the Defendants would file a reply

11   to any opposition to their motion on December 16, 2011.

12   4.  Plaintiff requests that the deadline for him to file his Opposition to the

13   Plaintiff's Motion be extended until December 9, 2011.  The Defendants stipulate to this request.

14   5.  The Defendants request that the deadline for them to file a reply to any

15   opposition to their motion to dismiss be rescheduled to January 9, 2012.  Plaintiff stipulates to

16   this request.

17   Counsel for Plaintiff attests under penalties of perjury that counsel for the

18   Defendants concur in the filing of this stipulated request.

19

20

21

22

23

24

25

26

27

28

DATED:        December 2, 2011

JOSEPH FABOZZI                           STUBHUB, INC. AND THE PHILLIES, L.P.


By:_____/s/Randall S. Newman_____     By:_____/s/ Liani Kotcher_____
    RANDALL S. NEWMAN, P.C.                  WEIL GOTSHAL & MANGES LLP
    Randall S. Newman (Cal. Bar No. 190547)  David J. Lender
    37 Wall Street, Penthouse D              (admitted *pro hac vice*)
    New York, NY 10005                       Eric S. Hochstadt
    Telephone: (212) 797-3737                (admitted *pro hac vice*)
    Facsimile: (212) 797-3172                Kristen M. Echemendia
    rsn@randallnewman.net                    (admitted *pro hac vice*)
                                             767 Fifth Avenue
    *Attorneys for Plaintiff*                New York, NY 10153
                                             Telephone:  (212) 310-8000
                                             Facsimile: (212) 310-8007
                                             david.lender@weil.com
                                             eric.hochstadt@weil.com
                                             kristen.echemendia@weil.com

                                             Christopher J. Cox (Bar No. 151650)
                                             Liani Kotcher (Bar No. 277282)
                                             201 Redwood Shores Parkway
                                             Redwood Shores, CA 94065
                                             Telephone: (650) 802-3000
                                             Facsimile: (650) 802-3100
                                             chris.cox@weil.com
                                             liani.kotcher@weil.com

                                             *Attorneys for Defendants StubHub, Inc.*
                                             *and The Phillies, L.P.*

STIP TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS AND FOR
DEFENDANTS TO FILE REPLY                    Case No.:  11-cv-4385 (EMC)

3

1

**[PROPOSED] ORDER**

2

3        Pursuant to stipulation, IT IS SO ORDERED.

4

5     Dated: December __5__, 2011

6                                              _____
                                              Hon. Edward M. C___
7                                              United States Dist___ ___ ge Judge
                                              Northern District of California

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28