1  David J. Lender (admitted *pro hac vice*)
   Eric S. Hochstadt (admitted *pro hac vice*)
2  Kristen M. Echemendia (admitted *pro hac vice*)
   WEIL, GOTSHAL & MANGES LLP
3  767 Fifth Avenue
   New York, NY 10153
4  Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
5  david.lender@weil.com
   eric.hochstadt@weil.com
6  kristen.echemendia@weil.com

7  Christopher J. Cox (Bar No. 151650)
   Liani Kotcher (Bar No. 277282)
8  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
9  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
10 Facsimile: (650) 802-3100
   chris.cox@weil.com
11 liani.kotcher@weil.com

12 *Attorneys for Defendants StubHub, Inc.
   and The Phillies, L.P.*

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH FABOZZI, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STUBHUB, INC. and THE PHILLIES, L.P.,<br><br>Defendants. | Case No. 11-cv-4385 (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that, subject to the Court's approval, all discovery, including the exchange of initial disclosures, shall be stayed pending the resolution of defendants StubHub, Inc. and The Phillies, L.P.s' Motion to Dismiss Plaintiff's Amended Class Action Complaint.

Counsel for Defendants attest under penalty of perjury that counsel for Plaintiff concurs in the filing of this stipulated request.

DATED: December 2, 2011

| JOSEPH FABOZZI | STUBHUB, INC. AND THE PHILLIES, L.P. |
|---|---|
| By: */s/Randall S. Newman* <br> RANDALL S. NEWMAN, P.C. <br> Randall S. Newman (Cal. Bar No. 190547) <br> 37 Wall Street, Penthouse D <br> New York, NY 10005 <br> Telephone: (212) 797-3737 <br> Facsimile: (212) 797-3172 <br> rsn@randallnewman.net <br><br> *Attorneys for Plaintiff* | By: */s/ Liani Kotcher* <br> WEIL GOTSHAL & MANGES LLP <br> David J. Lender <br> (admitted *pro hac vice*) <br> Eric S. Hochstadt <br> (admitted *pro hac vice*) <br> Kristen M. Echemendia <br> (admitted *pro hac vice*) <br> 767 Fifth Avenue <br> New York, NY 10153 <br> Telephone: (212) 310-8000 <br> Facsimile: (212) 310-8007 <br> david.lender@weil.com <br> eric.hochstadt@weil.com <br> kristen.echemendia@weil.com <br><br> Christopher J. Cox (Bar No. 151650) <br> Liani Kotcher (Bar No. 277282) <br> 201 Redwood Shores Parkway <br> Redwood Shores, CA 94065 <br> Telephone: (650) 802-3000 <br> Facsimile: (650) 802-3100 <br> chris.cox@weil.com <br> liani.kotcher@weil.com <br><br> *Attorneys for Defendants StubHub, Inc. and The Phillies, L.P.* |

1 **[PR~~O~~OPOSED] ORDER**

3   Pursuant to stipulation, IT IS SO ORDERED.

5   Dated: December 5, 2011



_____
Hon. Edward M. Chen
United States District Judge
Northern District of California