David J. Lender (admitted *pro hac vice*)
Eric S. Hochstadt (admitted *pro hac vice*)
Kristen M. Echemendia (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone:  (212) 310-8000
Facsimile: (212) 310-8007
david.lender@weil.com
eric.hochstadt@weil.com
kristen.echemendia@weil.com

Christopher J. Cox (Bar No. 151650)
Liani Kotcher (Bar No. 277282)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
chris.cox@weil.com
liani.kotcher@weil.com

*Attorneys for Defendants StubHub, Inc.
and The Phillies, L.P.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH FABOZZI, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STUBHUB, INC. and THE PHILLIES, L.P.,<br><br>Defendants. | Case No. 11-cv-4385 (EMC)<br><br>**STIPULATION AND [P~~ROPOS~~ED] ORDER STAYING DISCOVERY** |

1    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned
2 counsel, that, subject to the Court's approval, all discovery, including the exchange of initial
3 disclosures, shall be stayed pending the resolution of defendants StubHub, Inc. and The Phillies,
4 L.P.s' Motion to Dismiss Plaintiff's Amended Class Action Complaint.
5    Counsel for Defendants attest under penalty of perjury that counsel for Plaintiff
6 concurs in the filing of this stipulated request.

DATED:  December 2, 2011

| JOSEPH FABOZZI | STUBHUB, INC. AND THE PHILLIES, L.P. |
|---|---|
| By: */s/Randall S. Newman*<br>RANDALL S. NEWMAN, P.C.<br>Randall S. Newman (Cal. Bar No. 190547)<br>37 Wall Street, Penthouse D<br>New York, NY 10005<br>Telephone: (212) 797-3737<br>Facsimile: (212) 797-3172<br>rsn@randallnewman.net<br><br>*Attorneys for Plaintiff* | By: */s/ Liani Kotcher*<br>WEIL GOTSHAL & MANGES LLP<br>David J. Lender<br>(admitted *pro hac vice*)<br>Eric S. Hochstadt<br>(admitted *pro hac vice*)<br>Kristen M. Echemendia<br>(admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone:  (212) 310-8000<br>Facsimile: (212) 310-8007<br>david.lender@weil.com<br>eric.hochstadt@weil.com<br>kristen.echemendia@weil.com<br><br>Christopher J. Cox (Bar No. 151650)<br>Liani Kotcher (Bar No. 277282)<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br>chris.cox@weil.com<br>liani.kotcher@weil.com<br><br>*Attorneys for Defendants StubHub, Inc. and The Phillies, L.P.* |

**[PR~~OP~~OSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: December __5__, 2011



_____
Hon. Edward M. Chen
United States District Judge
Northern District of California